IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LYLE E. NORBERT,** | C 07-2074 MMC |
| Petitioner, | **ORDER GRANTING RESPONDENT'S APPLICATION FOR FIRST EXTENSION OF TIME** |
| v. | |
| **T. FELKER, Warden,** | |
| Respondent | |

GOOD CAUSE APPEARING, respondent is granted an additional thirty (30) days to and including June 22, 2007, to file a response to the petition for writ of habeas corpus.[1] Petitioner may file a reply within thirty (30) days after the answer has been filed and served.

IT IS SO ORDERED.

DATED: June 1, 2007

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

---

1. Respondent's counsel represents she "inform[ed]" petitioner's counsel that respondent intended to file an application seeking an extension of time, (see Killeen Decl. at 2:9-10), but does not set forth petitioner's response or otherwise indicate why the parties were unable to submit a stipulated request. For future reference, respondent is directed to Civil Local Rule 6-3(a), which provides that where a party seeking an extension is unable to submit a stipulated request, the requesting party must "describe[ ] the efforts the party has made to obtain a stipulation to the time change." See Civil L.R. 6-3(a)((2).