IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LYLE E. NORBERT,** | C 07-2074 MMC |
| Petitioner, | **ORDER GRANTING LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES** |
| v. | |
| **T. FELKER, Warden,** | |
| Respondent | |

Before the Court is respondent's Application for Leave to File Oversized Memorandum of Points and Authorities.

Good cause appearing therefrom, respondent's application is hereby GRANTED.

IT IS SO ORDERED.

DATED: June 25, 2007

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE